**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CONNIE VERDIN ET AL**                     **CIVIL ACTION**

**v.**                                       **NO: 25-1978**

**GREG CHAMPAGNE**                           **SECTION: C (3)**

**ORDER**

Considering the <u>Unopposed Motion to Amend Scheduling Order and for Leave of Court to File First Amended and Supplemental Complaint</u> filed on March 10, 2026 (Rec. Doc. 13):

IT IS ORDERED that plaintiffs are GRANTED leave to file their First Amended and Supplemental Complaint.

IT IS FURTHER ORDERED that the Scheduling Order issued on December 19, 2025 (Rec. Doc. 11) is vacated. The case manager will issue a new Scheduling Order.

IT IS FURTHER ORDERED that no later than thirty (30) days following the date of this Order, a joint status report shall be e-filed containing:

(1)     A list of all parties and their counsel;

(2)     A list of all pending motions, the date the motion is set for hearing or was submitted for decision, whether oral argument has been requested, and whether an evidentiary hearing is needed;

(3)      The dates and times of any scheduled conferences and trial; whether the case is jury or non-jury; and the number of expected trial days.

(4)      A brief description of the material factual disputes and legal issues in the case;

(5)      A listing of discovery disputes remaining, and;

(6)      Whether settlement has been discussed.

New Orleans, Louisiana this __16th__ day of March 2026

_____

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE